# UNITED STATES DISTRICT COURT FOR THE ~~NORTHERN~~ Southern DISTRICT OF FLORIDA
## _____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

cat / div **550/1983/WPB**
Case # _____
Judge _____ Mag **WHITE**
Motn Ifp **YES** Fee pd $ **0**
Receipt # _____

**DIAMOND J. ALLEN**,
Inmate # **W46451**
(Enter full name of Plaintiff)

FILED by **PG** D.C.
AUG 19 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

vs.

**PALM BEACH COUNTY SHERIFF DEPT**,
**PALM BEACH COUNTY, FLORIDA**,
**RICHARD D'IMPERIO #8224**,
**JON NEWCOMB #5273**,
**GAVIN PFEIFLE #6430**.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

CASE NO: _____
(To be assigned by Clerk)

**MELVIN J. ELLIOTT #7718**
**THOMAS FRESNEDA, JR #6391**
**MICHAEL TOGNACCI #8063**

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: DIAMOND J. ALLEN
Inmate Number: D.O.C. # W46451
Prison or Jail: _____
Mailing address: _____

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: PALM BEACH SHERIFF'S DEPT.    Sgt. JON NEWCOMB # 5273
    Official position: COUNTY SHERIFF DEPT    K-9 UNIT
    Employed at: PALM BEACH SHERIFF'S DEPT.    PALM BEACH SHERIFF
    Mailing address: 3228 GUN CLUB RD.    3228 GUN CLUB RD.
    W.P.B., FL 33406    W.P.B., FL 33406

(2) Defendant's name: COUNTY OF PALM BEACH    CPL GAVIN PFEIFLE # 6430
    Official position: FLORIDA COUNTY    TACTICAL INTELLIGENCE
    Employed at: PALM BEACH COUNTY, FL    PALM BEACH SHERIFF
    Mailing address: _____    3228 GUN CLUB RD.
    _____    W.P.B., FL 33406

(3) Defendant's name: DS RICHARD D'IMPERIO # 8224    DS MELVIN J. ELLIOTT # 7718
    Official position: TACTICAL INTELLIGENCE    TACTICAL INTELLIGENCE
    Employed at: PALM BEACH SHERIFF    PALM BEACH SHERIFF
    Mailing address: 3228 GUN CLUB RD.    3228 GUN CLUB RD.
    W.P.B., FL 33406    W.P.B., FL 33406

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

DET. THOMAS FRESNEDA, JR. # 6391    DS MICHAEL TOGNACCI # 8063
TACTICAL INTELLIGENCE    K-9 UNIT
PALM BEACH SHERIFF    PALM BEACH SHERIFF
3228 GUN CLUB RD.    3228 GUN CLUB RD.
W.P.B., FL 33406    W.P.B., FL 33406

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES** N/A

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )    No(X)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____  Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____
   _____

   **(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )    No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions *(besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )              No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )              No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1.) On September 30TH, 2014, while serving an arrest warrant on me, members of the Palm Beach County Sheriff's office Tactical Investigation/Intelligence Unit and K-9 Unit, while all acting under color of state law, during that arrest, violated my 4th and 8th Amendment rights by Punching me more than 7-8 times in the face, Kicking me repeatedly at least 6-8 times in the ribs, side and back and without need or provocation, used a Canine Unit (german sheppard dog) to maul my leg after I was already subdued, causing permanent damage and grotesque scarring, pain, immobility, nerve damage and more physical and psychological damage. The County of Palm Beach, FL and The Sheriff's Dept. are also sued as their employer(s).

2.) As defendant D'Imperio (#8224) admits in his police report, [he] repeatedly delivered "hand strikes to [my] facial area" during the time I was already prone on the ground, the dog was tearing my leg to shreds and another officer, Tognacci (#8063) was repeatedly kicking me in the ribs and back, and a third officer had my hands/arms pinned behind me while I was face down. Some of the blows to my face were delivered "before" placing handcuffs on me and the rest while I had "already" been handcuffed; but all while I was pinned face down, arms held behind me with a dog biting my leg. I never resisted any officer, was 100% compliant, and never assaulted the dog in any way. In fact, I never saw the dog as I was face down.

5

3.) "After" I surrendered peacefully (without resisting), and was slammed to the ground (face down) by defendants D'Imperio and Tognacci and was already pinned with my arms behind my back, and both officers were admittedly punching and kicking me, then and only then did defendant Newcomb (#5273), a K-9 officer, give the command for his german sheppard to attack me viciously. Defendant Newcomb then allowed his canine to continue to maul my leg for more than 20-30 seconds (during restraint of my arms behind my back and even after handcuffs were already securing my arms, and while I was repeatedly and violently being punched and kicked by D'Imperio and Tognacci. This excessively long attack, which was not necessary to occur at all, was without any threat to the officers, no weapon, and during a peaceful arrest (no resistance by me). It resulted in my leg being shredded, requiring surgery, permanent pain, suffering, scarring and lack of mobility.

4.) At the same time that defendant D'Imperio & Tognacci were punching and kicking me and defendant Newcomb was allowing his dog to viciously dig his fangs deep into my leg, defendant PFEIFLE (#6430) also also (admittedly) repeatedly kicked me in my other side (ribs and stomach) while I was "already" prone, face down with my arms pinned behind me, and continued to violently kick me even "after" I was handcuffed.

5.) During the time the vicious attacks were all taking place upon me, defendant, Elliott (#7718) admittedly visually witnessed the attacks, but failed to intervene in the brutal assaults.

6.) Defendant, Fresneda, Jr. (#6391), Detective, was the officer who was apparently in charge of the days events (arrest attempt) and was coordinating the events as they transpired. He is the one who made a stupid decision to attempt to serve the arrest warrant on me while I had my 2 children in the van with me, causing a heightened anger to build up among the officers as he continued to tell the officers

6

6.5

to risk endangering the children to apprehend me. This directly contributed to the hightened aggression of each officer resulting in the outrageous and viscious assaults.

7.) While defendant D'Imperio punched me in the face, defendant Pfeifle kicked me repeatedly in one side and defendant Newcomb allowed his Canine Sheppard to tear up my leg and knee area (after I was subdued), ofc. Tognacci (K-9 - #8063) repeatedly (and admittedly), "kicked [me] very hard in the upper ribs and back area" over and over again "before" I was handcuffed but already subdued, prone, with arms pinned behind me, and also "after" the handcuffs were placed on me.

Every defendant named herein is sued in his official and Individual (personal) Capacity, and each acted under color of State law at all times named herein.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1. Violation of the 4TH Amend. to U.S. Constitution (SEARCH AND SEIZURE) — The beatings (punching & kicking) and viscious dog attack "before" handcuffs, & failure to intervene.

2. Violation of the 8TH Amend. to U.S. Constitution (CRUEL/UNUSUAL PUNISHMENT) — The beatings (punching & kicking) and viscious dog attack "after" handcuffs, & failure to intervene.

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

1.) Compensatory damages and Non-Compensatory damages of $250,000.00 against each defendant, jointly and severally. 2.) Punitive damages against each defendant jointly and severally of $1,250,000.00. Other relief including declatory relief of admission that defendants all violated my Constitutional Rights under the U.S. Constitution. 3.) Trial by Jury.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

8/10/16
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's ~~internal~~ mail system on: the __8__ day of __10__, 20__16__.   external

_____
(Signature of Plaintiff)

Revised 03/07

7

Diamond Allen DC# W46451
Columbia Annex S2-2114L
216 S.E. Corrections Way
Lake City F.L. 32025

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION





Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, F.L. 33128